IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NUMBER: 15-30164-DRH |
| | ) |
| JERRY LANE AKIN, | ) |
| | ) |
| Defendant. | ) |

## ELEMENTS OF THE OFFENSES AND STATUTORY PENALTIES

The United States of America, by James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, herein submit the Elements of the Offenses and Statutory Penalties.

| Counts | Charge | Maximum Penalties |
|---|---|---|
| 1,2 | Title 18, U.S.C., § 1343, Wire Fraud | NMT 20 years' imprisonment and/or a $1,000,000 fine, and NMT 3 years' supervised release; $100 special assessment, restitution |

| Counts | Charge | Essential Elements |
|---|---|---|
| 1,2 | Title 18, U.S.C., § 1343 Wire Fraud | First, that the defendant knowingly devised or participated in the scheme to defraud as described in the particular count of the indictment;<br>Second, that the defendant did so knowingly and with the intent to defraud; and<br>Third, that for the purpose of carrying out the scheme or attempting to do so, the defendant used or caused the use of interstate wire communications to take place in the manner charged in the particular count. |

1

Respectfully submitted,

JAMES L. PORTER
Acting United States Attorney


*s/Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700
Fax: (618) 628-3720
E-mail norman.smith@usdoj.gov

2